**Order filed, December 02, 2014.**



In The

# Fourteenth Court of Appeals
_____

## NO. 14-14-00731-CV
_____

### JOSEPH PRESSIL, Appellant

### V.

### JASON A. GIBSON, JASON A. GIBSON, P.C. D/B/A THE GIBSON LAW FIRM, CLIFFORD D. PEEL, II, AND ANDREW C. SMITH'S, Appellee

---

**On Appeal from the 55th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2013-51350A**

---

## ORDER

The reporter's record in this case was due **October 13, 2014**. *See* Tex. R. App. P. 35.1. On **October 20, 2014**, this court granted **Gina Wilburn's** motion for extension of time to file the record until **November 20, 2014**. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Gina Wilburn, the official court reporter, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM